## MAYS v. STATE. (No. 9836.)

(Court of Criminal Appeals of Texas. Nov. 18, 1925.)

Criminal law ☞1144(14)—Requested special charges presumed properly refused, where record before reviewing tribunal without statement of facts.

Reviewing tribunal will presume that trial court's action in refusing special charges requested by defendant was correct, where record was before it without a statement of facts.

Appeal from District Court, Williamson County; Cooper Sansom, Judge.

Richard Mays was convicted of manslaughter, and he appeals. Affirmed.

J. F. Taulbee and L. B. Duke, both of Georgetown, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for manslaughter. Punishment is five years in the penitentiary.

The record is before us without a statement of facts. The only exceptions relate to the refusal of two special charges requested by appellant. Without knowledge of the facts, we cannot know the relevancy of the requested charges, but must presume the court's action in refusing them was correct.

The judgment is affirmed.